UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -   X

                   :

UNITED STATES OF AMERICA         :

                   :

         - v. -             :     **UNSEALING ORDER**

                   :

ANTWAN O'CONNOR,           :     19 Cr. 181

                   :

         Defendant.       :

                   :

- - - - - - - - - - - - - - - - -   X

     Upon the application of the United States of America, by and through Assistant United States Attorney Juliana N. Murray, it is hereby ORDERED that Indictment 19 Cr. 181, which was filed under seal on March 14, 2019, be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        March 20, 2019

 

_____
HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 0 2019